# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| WILBUR O. DUNN, JR., : | |
| : | Case No. 2:17-CV-196 |
| Plaintiff, : | |
| : | JUDGE ALGENON L. MARBLEY |
| v. : | |
| : | Magistrate Judge Vascura |
| COMMISSIONER OF SOCIAL SECURITY, : | |
| : | |
| Defendant. : | |

## ORDER

This matter comes before the Court on the Magistrate Judge's January 23, 2018, **Report and Recommendation** (ECF No. 23), which recommended that the Court **OVERRULE** Plaintiff's Statement of Errors and **AFFIRM** the Commissioner's non-disability finding.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 23 at 9.) The parties have failed to file any objections, and the deadline for objections (February 6, 2018) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. The Court hereby **OVERRULES** Plaintiff's Statement of Errors and **AFFIRMS** the Commissioner's non-disability finding. This case is **DISMISSED**.

**IT IS SO ORDERED.**

    s/ Algenon L. Marbley  
**ALGENON L. MARBLEY**  
**UNITED STATES DISTRICT JUDGE**

**DATED: February 21, 2018**